IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RALPH LANG,<br><br>Defendant. | INDICTMENT<br>Case No. 12 CR 43 wmc<br>18 U.S.C. §245(b)(1)(E)<br>18 U.S.C. §924(c) |

THE GRAND JURY CHARGES:

## COUNT 1

On or about May 25, 2011, in the Western District of Wisconsin, the defendant,

RALPH LANG,

willfully attempted: (1) to injure, to intimidate, and to interfere with persons, by force and threat of force, because they were and had been participating in and enjoying the benefits of a program and activity receiving Federal financial assistance; and (2) to intimidate persons, by force and threat of force, from participating in and enjoying the benefits of a program and activity receiving Federal financial assistance. LANG's acts included the attempted use of a dangerous weapon, specifically a firearm, and an attempt to kill.

(In violation of Title 18, United States Code, Section 245(b)(1)(E)).

## COUNT 2

On or about May 25, 2011, in the Western District of Wisconsin, the defendant,

RALPH LANG,

knowingly and intentionally used, carried, possessed, and discharged a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, specifically the violation of Title 18, United States Code, Section 245 charged in Count 1 of this indictment, which is incorporated by reference herein.

(In violation of Title 18, United States Code, Section 924(c)(1)(A)(iii)).

A TRUE BILL

*Kristin Larson*
PRESIDING JUROR

*John W. Vaudreuil*
JOHN W. VAUDREUIL
United States Attorney

Indictment returned: *March 28, 2012*