IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                Plaintiff,                      ORDER

v.

                                              12-cr-43-wmc

RALPH LANG,

                Defendant.
_____

On March 26, 2013, the court held an unscheduled telephonic status conference at the request of both sides in order to discuss defendant Ralph Lang's new motion to dismiss, filed yesterday (dkt. 114). Both sides were represented by counsel at the hearing.

The government requested that the court strike the April 8, 2013 trial date and allow the government until April 22, 2013 to prepare and file its response to the new motion to dismiss, citing the weighty issues raised and the need for consultation with and input from the Department of Justice's Civil Rights Division. Lang, by counsel, did not oppose the government's request and asked for a reply deadline of May 6, 2013. The court granted these requests.

It is ORDERED that:

(1) The remainder of the existing schedule in this case is STRICKEN;

(2) Not later than April 22, 2013, the government must file its response to the pending motion to dismiss;

(3) Not later than May 6, 2013, Lang must file his reply; and

(4) Time continues to be excluded from computation under the speedy trial clock to allow the parties to brief and the court to decide Lang's new motion.

Entered this 26th day of March, 2013.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge