IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| UNITED STATES OF AMERICA | SUPERSEDING INDICTMENT |
| v. | Case No. 12 CR 43 |
|  | 18 U.S.C. §245(b)(1)(E) |
| RALPH LANG, | 18 U.S.C. §924(c) |
| Defendant. |  |

THE GRAND JURY CHARGES:

## COUNT 1

On or about May 25, 2011, in the Western District of Wisconsin, the defendant,

RALPH LANG,

by force and threat of force, willfully attempted to injure, to intimidate, and to interfere with persons because they were and had been participating in and enjoying the benefits of a program and activity receiving Federal financial assistance, and in order to intimidate such persons and other persons from participating in and enjoying the benefits of a program and activity receiving Federal financial assistance. LANG's acts included the use and threatened use of a dangerous weapon, specifically a firearm.

(In violation of Title 18, United States Code, Section 245(b)(1)(E)).

## COUNT 2

On or about May 25, 2011, in the Western District of Wisconsin, the defendant,

RALPH LANG,

knowingly and intentionally used a firearm, during and in relation to a crime of

violence for which he may be prosecuted in a court of the United States, specifically the violation of Title 18, United States Code, Section 245 charged in Count 1 of this indictment, which is incorporated by reference herein.

(In violation of Title 18, United States Code, Section 924(c)(1)(A)(I)).

A TRUE BILL

_____
PRESIDING JUROR

_____
JOHN W. VAUDREUIL
United States Attorney

Indictment returned: 4-24-2013

2