IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA

v.  Case No. 12-CR-00043-WMC

RALPH LANG,

Defendant.

---

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Western District of Wisconsin hereby dismisses, without prejudice, the indictment against defendant Ralph Lang. This dismissal is based on the reasons set forth in the attached affidavit of John W. Vaudreuil.

Dated this 10th day of June 2013.

Respectfully submitted,

/s/

JOHN W. VAUDREUIL
United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

Dated: June 11, 2013

William M. Conley
United States District Judge